January 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

THOMAS G. ANDRUS, WHITE MARTIN ENERGY SERVICES, INC., GUY E. MATTHEWS, AND BLACK ELK ENERGY, INC., Appellants

NO. 14-12-00701-CV                 V.

BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C., BLACK ELK ENERGY, L.L.C., JOHN G. HOFFMAN, JAMES HAGEMEIER, PPVA BLACK ELK (EQUITY) L.L.C., PPVA BLACK ELK (INVESTOR) L.L.C., BLACK ELK MANAGEMENT, L.L.C., BLACK ELK EMPLOYEE INCENTIVE, L.L.C., ET AL, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on June 29, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.